# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELICA JULIETTA CASTILLO,<br><br>Defendant. | Case No.  2:23-cr-00170-ODW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On May 12, 2026, Defendant Angelica Julietta Castillo ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:23-cr-00170-ODW.  The Court appointed Taylor Gee of the Federal Public Defender's Office to represent Defendant.

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A.    ☒    Defendant submitted to the Government's Request for Detention;

B.    ☒    Defendant has not carried her burden of establishing by clear and convincing evidence that her will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- Unemployed status;
- No or inadequate bail resources;
- Nature of instant allegations;
- New arrest while on supervision;
- Criminal history.

D.    ☒    Defendant has not carried her burden of establishing by clear and convincing evidence that her will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

- New arrest involving firearm;
- Criminal history.

III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g).]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: May 12, 2026

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

3